**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ROBERT D. NESLER, OSB #85379**
bob.nesler@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:    (503) 727-1069
Facsimile:     (503) 727-1117
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:04-CR-00430-BR |
| Plaintiff, | STIPULATED FINAL ORDER OF GARNISHMENT |
| vs. | |
| JONATHAN JAMES YORK | |
| Defendant | |
| and | |
| MYRMO & SONS, INC., | |
| Garnishee. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon and through Assistant United States Attorney, Robert D. Nesler, the defendant, Jonathan James York and the garnishee, Myrmo & Sons, Inc., agree as follows:

1. The defendant's name is Jonathan James York, Social Security Number xxx-xx-4958, and his the last known address is : 2915 Friendly Street, Eugene, OR 97405.

2. A judgment was entered against defendant in this action in the amount of $12,720.00. As of October 25, 2012, the total balance due on the judgment is $8,591.00.

3. The garnishee, Myrmo & Sons, Inc., has in its possession, custody or control property of the defendant in the form of wages paid to defendant.

4. The defendant agrees and stipulates that his wages are subject to garnishment under § 3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205 and expressly agrees and stipulates to voluntary garnishment and for entry of a final order of garnishment.

5. Wages are presently being withheld by garnishee herein pursuant to an Order of Garnishment entered on June 13, 2012. Upon entry of this stipulated final order of garnishment, the garnishment at Docket 56 will be dismissed.

6. Therefore, the parties agree and stipulate to the entry of a final order of garnishment against the non-exempt wages of the defendant, Jonathan James York. It is expressly agreed and stipulated to by the parties that the garnishee, Myrmo & Sons, Inc., shall pay to the United States Attorney, $100.00 per month from defendant's disposable earnings. See, 15 U.S.C. § 1673(a).

7. The parties further agree and stipulate that the above monthly sum is to

be applied to the judgment rendered in this case in the sum of $12,720.00 upon which there is an unpaid balance of $8,591.00, and continue until the unpaid balance is fully paid and satisfied.

8. Checks shall be made payable to the Clerk of Court and mailed to the Clerk of Court, United States Courthouse, 1000 SW Third Avenue, Suite 740, Portland, Oregon 97204.

9. The parties to this order hereby agree that the amount of this garnishment order may be adjusted in the future after review by the United States Attorney's Office of defendant's financial situation.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

DATED: *[signature]*

1/3/13
ROBERT D. NESLER
Assistant United States Attorney

DATED: 12-17-2012

*[signature]*
Jonathan James York
Defendant

DATED: 12-26-12

Myrmo & Sons, Inc.
By: *[signature]*
Its: Controller
Garnishee

Page 3 STIPULATED FINAL ORDER OF GARNISHMENT

IT IS SO ORDERED this 3rd day of January, 2013.

_____
ANNA J. BROWN
U.S. District Court Judge

Page 4 **STIPULATED FINAL ORDER OF GARNISHMENT**