# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

UNITED STATES OF AMERICA,                              3:04-CR-00430-BR

            Plaintiff/Petitioner,          **ORDER DISMISSING GARNISHMENT**
                                          **(DOCKET 56)**

            v.

JONATHAN JAMES YORK,

            Defendant/Respondent,

            and

MYRMO & SONS, INC.,

            Garnishee.

Upon motion of the United States requesting dismissal of the Writ of Garnishment at Docket 56, it is hereby

ORDERED that the Writ of Garnishment at Docket 56 is dismissed.

DATED this _____10th_____ day of January 2013.

                             _____
                             ANNA J. BROWN
                             U. S. DISTRICT COURT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL, OSB 95347

_____/s/_____
ROBERT D. NESLER, OSB 85379
Assistant U.S. Attorney

PAGE 2    ORDER DISMISSING GARNISHMENT